UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANASTASIA KOTOLUPOVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MERRICK GARLAND, SECRETARY ) | 5:24-CV-198-BO-BM |
| ALEJANDRO MAYORKAS, UR MENDOZA ) | |
| JADDOU, and FIELD OFFICE DIRECTOR ) | |
| JEFF SPAKO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**
This cause comes before the Court on defendants' motion to dismiss plaintiffs complaint pursuant to Rules 12(b)(l) and 12(b)(6) of the Federal Rules of Civil Procedure. [DE 10].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss pursuant to Rule 12(b)(l) is GRANTED [DE 1 0], and the case is DISMISSED without prejudice.

**This judgment filed and entered on October 22, 2024, and served on:**
Elizabeth Wood (via CM/ECF NEF)
Vladimir Galstyan (via CM/ECF NEF)
Rudy Renfer (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

October 22, 2024

  /s/ Lindsay Stouch
By: Deputy Clerk